ANN H. LARSON (State Bar No. 176461)
GARY R. JOHNSON (State Bar No. 42894)
MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER & BORGES LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendant
KELLY-MOORE PAINT COMPANY, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SANFORD,<br><br>    Plaintiff,<br><br>vs.<br><br>KELLY-MOORE PAINT COMPANY, INC.; ALEXANDER FAHN and SHIRLEY FAHN, Trustees of the ALEXANDER AND SHIRLEY FAHN REVOCABLE TRUST; and DOES 1 through 10,<br><br>    Defendants. | Case No. CIV.S-041033 FCD CMK<br><br>**STIPULATION AND ORDER EXTENDING EXPERT WITNESS DISCLOSURE DATE, SUPPORTING DECLARATION OF GOOD CAUSE BY GARY R. JOHNSON, AND ORDER APPROVING STIPULATION** |

**I.**

**INTRODUCTION**

This Court is requested to accept this Stipulation and approve counsel's agreement to extend the previously ordered expert witness disclosure date of July 6, 2005 to August 1, 2005.

Good cause exists for this brief extension in that the KELLY MOORE PAINT STORE premises which is the subject of this litigation is closing operations and moving July 15, 2005 to another location.

Once KELLY MOORE vacates its current store location, that location will no longer constitute a place of public accommodation and the Federal District Court will lose jurisdiction to grant the injunctive relief sought.

STIPULATION AND PROPOSED ORDER
EXTENDING EXPERT WITNESS DISCLOSURE
DATE, DECLARATION OF GARY R. JOHNSON

1  It is anticipated that upon closure of the KELLY MOORE store, the parties will likely commence settlement discussions.

## II.

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between Lynn Hubbard III, on behalf of Plaintiff JAMES SANFORD, and Gary R. Johnson on behalf of Defendant KELLY MOORE PAINT COMPANY, INC., and Jenny Rim on behalf of Defendants ALEXANDER FAHN and SHIRLEY FAHN, Trustees of the ALEXANDER AND SHIRLEY FAHN REVOCABLE TRUST, that the expert witness disclosure date heretofore set for July 6, 2005 is extended to August 1, 2005.

Dated:                     Law Offices of Lynn Hubbard

_____
LYNN HUBBARD, ESQ.
Attorney for Plaintiff JAMES SANFORD

Dated:                     Randolph, Cregger & Chalfant

_____
JENNY RIM, ESQ.
Attorney for Defendants FAHN

Dated:  June 30, 2005      McNamara, Dodge, Ney, Beatty, Slattery, Pfalzer & Borges LLP

_____
Ann H. Larson
Gary R. Johnson
Attorneys for Defendant
KELLY-MOORE PAINT COMPANY, INC.

/////

/////

/////

/////

STIPULATION AND PROPOSED ORDER          2
EXTENDING EXPERT WITNESS DISCLOSURE
DATE, DECLARATION OF GARY R. JOHNSON

Having read and considered the foregoing Stipulation and good cause appearing therefore, approval to the Stipulation extending the date for disclosure of expert witnesses is approved.

Dated: July 12, 2005            /s/ Frank C. Damrell Jr.
                                FRANK C. DAMRELL, JR.
                                United States District Court

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER & BORGES LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

STIPULATION AND PROPOSED ORDER        3
EXTENDING EXPERT WITNESS DISCLOSURE
DATE, DECLARATION OF GARY R. JOHNSON