LYNN HUBBARD, III SBN 69773
SCOTTLYNN J HUBBARD, IV, SBN 212970
**LAW OFFICES OF LYNN HUBBARD**
12 Williamsburg Lane
Chico, CA 95926
Phone: (530) 895-3252
Fax: (530) 894-8244

Attorneys for Plaintiff

ANN HOFFMANN LARSON, SBN 176461
GARY R. JOHNSON, SBN 42894
MCNAMARA DODGE NEY BEATTY SLATTERY & PFALZER
1211 Newell Avenue, P.O. Box 5288
Walnut Creek, CA 94596
Phone: (925) 939-5330
Fax: (925) 939-0203

Attorneys For Defendant Kelly-Moore Paint Company, Inc.

ADRIAN RANDOLPH, SBN 133577
JENNY J. RIM, SBN 231584
RANDOLPH CREGGER & CHALFANT LLP
1030 "G" Street
Sacramento, CA 95814
Phone: (916) 443-4443
Fax: (916) 443-2124

Attorneys For Defendant
Alexander and Shirley Fahn Revocable Trust

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SANFORD,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KELLY-MOORE PAINT COMPANY, INC.; ALEXANDER FAHN and SHIRLEY FAHN TRUSTEES OF THE ALEXANDER and SHIRLEY FAHN REVOCABLE TRUST; and DOES 1 through 20,<br><br>　　　　Defendants. | Case No. CIV.S-04-1033 FCD PAN<br><br>**STIPULATION AND ORDER MODIFYING THE SCHEDULING ORDER REGULATING DISCOVERY** |

1     **WHEREAS,** on September 13, 2004, the parties were served with a Scheduling

2 Order ("Scheduling Order") for this action;

3     **WHEREAS,** the Scheduling Order provided that all discovery shall be completed

4 by all parties on or before August 15, 2005;

5     **WHEREAS**, defense counsel informed plaintiff's counsel that defendant's expert

6 witness would not be available for deposition until the beginning of September 2005, both parties

7 seek to extend the date for the close of discovery as to defendants' expert only, in order for the

8 deposition to occur;

9     **IT IS HEREBY STIPULATED AND AGREED** by and among the parties hereto

10 that the Scheduling Order shall be amended to provide as follows:

11     (1) Defendants' expert deposition will be conducted on or before September 30,

12 2005.

13

14 DATED: August 15, 2005     LAW OFFICES OF LYNN HUBBARD, III

15     By: */s/ LYNN HUBBARD, III*_____
16         Lynn Hubbard, III
        Attorney for Plaintiff

17

18 DATED: August 15, 2005     MCNAMARA DODGE NEY BEATTY SLATTERY &
    PFALZER

19

20     By: Signature on file_____
        Gary R. Johnson
21         Attorneys for Defendant Kelly-Moore Paint
        Company, Inc.

22

23 DATED: August 15, 2005     RANDOLPH CREGGER & CHALFANT

24

25     By: Signature on file_____
        Jenny J. Rim
26         Attorneys for Defendant Alexander Fahn and
        Shirley Fahn, Trustees of the Alexander and
27         Shirley Fahn Revocable Trust

28

2

STIPULATION AND [PROPOSED] ORDER     Sanford v. Kelly-Moore Paint Co., et al.
TO AMEND THE SCHEDULING ORDER     Case No. 04-1033 FCD PAN

1
**ORDER**

2
**IT HAVING BEEN STIPULATED BY THE PARTIES, IT IS HEREBY**

3
**ORDERED** that the Scheduling Order shall be amended to provide as follows:

4
(1) Defendants' expert deposition will be conducted on or before September 30,

5
2005.

6

7
DATED: August 16, 2005          /s/ Frank C. Damrell Jr.
8
                                UNITED STATES DISTRICT JUDGE

3

STIPULATION AND [PROPOSED] ORDER                    Sanford v. Kelly-Moore Paint Co., et al.
TO AMEND THE SCHEDULING ORDER                                  Case No. 04-1033 FCD PAN