| | |
|---|---|
| 1 | RANDOLPH CREGGER & CHALFANT LLP |
|   | ADRIAN L. RANDOLPH, SBN 133577 |
| 2 | JENNY J. RIM, SBN 231584 |
|   | 1030 G Street |
| 3 | Sacramento, California  95814 |
|   | Phone:  (916) 443-4443 |
| 4 | Fax:  (916) 443-2124 |

5  Attorneys for Defendant
   Alexander and Shirley Fahn Revocable Trust
6

7  ANN HOFFMANN LARSON, SBN 176461
   GARY R. JOHNSON, SBN 42894
   MCNAMARA DODGE NEY BEATTY SLATTERY & PFALZER
8  1211 Newell Avenue, P.O. Box 5288
   Walnut Creek, CA 94596
9  Phone:  (925) 939-5330
   Fax:  (925) 939-0203
10
   Attorneys for Defendant
11 Kelly-Moore Paint Company, Inc.

12 LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J. HUBBARD, IV, SBN 212970
13 LAW OFFICES OF LYNN HUBBARD
   12 Williamsburg Lane
14 Chico, CA 95926
   Phone:  (530) 895-3252
15 Fax:  (530) 894-8244

16 Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES SANFORD | ) | Case No. CIV.S-04-1033 FCD PAN |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION TO ORDER** |
| vs. | ) | **MODIFYING THE SCHEDULING** |
| | ) | **ORDER REGULATING DISCOVERY** |
| KELLY-MOORE PAINT COMPANY, INC.; | ) | |
| ALEXANDER FAHN and SHIRLEY FAHN, | ) | |
| Trustees of the ALEXANDER AND | ) | |
| SHIRLEY FAHN REVOCABLE TRUST; and | ) | |
| DOES 1 through 10, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Randolph
Cregger &
Chalfant

STIPULATION & [PROPOSED] ORDER                - 1 -

**WHEREAS,** on September 13, 2004, the parties were served with a Scheduling Order ("Scheduling Order") for this action;

**WHEREAS,** the Scheduling Order provided that all discovery shall be completed by all parties on or before August 15, 2005;

**WHEREAS,** parties have entered settlement negotiations.

**IT IS HEREBY STIPULATED AND AGREED** by and among the parties hereto that the Scheduling Order shall be amended to provide as follows:

(1) Defendants' expert deposition will be conducted on or before November 1, 2005, provided that settlement cannot be reached.

DATED: _____, 2005        LAW OFFICES OF LYNN HUBBARD, III

                               By    /S/ LYNN HUBBARD, III
                                  LYNN HUBBARD, III
                                  Attorney for Plaintiff

DATED: _____,2005          RANDOLPH CREGGER & CHALFANT LLP

                               By        /S/ JENNY J. RIM
                                  JENNY J. RIM
                                  Attorneys for Defendants ALEXANDER FAHN
                                  and SHIRLEY FAHN, Trustees of the
                                  ALEXANDER AND SHIRLEY FAHN
                                  REVOCABLE TRUST

DATED: _____, 2005        THE MCNAMARA LAW FIRM

                               By       /S/ ANN LARSON
                                  ANN LARSON
                                  Attorneys for Defendant KELLY-MOORE
                                  PAINT CO.

### ORDER

**IT HAVING BEEN STIPULATED BY THE PARTIES, IT IS HEREBY ORDERED** that the Scheduling Order shall be amended to provide as follows:

//

(1) Defendants' expert deposition will be conducted on or before November 1, 2005, provided that settlement cannot be reached.

DATED: October 4, 2005        /s/ Frank C. Damrell Jr.
                              JUDGE OF THE UNITED STATES DISTRICT
                              COURT, EASTERN DISTRICT OF CALIFORNIA

**Randolph Cregger & Chalfant**